JS-6

Jahrmarkt & Associates
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Phone: (310)226-7676
Fax: (310)226-7677
E-mail: iilawver@mail.com

John Jahrmarkt – State Bar No. 175569
Attorneys for Plaintiff
LYNN MATTINGLY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MATTINGLY,<br><br>   Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT U.S.A., INC,, a Delaware Corporation; HOLIDAY TREE FARMS, INC., an Oregon corporation, and Does 1 to 50, Inclusive<br><br>   Defendants. | Case No. CV12-4233 MWF (AJWx)<br><br>Assigned to Hon. Michael Fitzgerald<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>Action filed: January 10, 2012 |

Pursuant to the stipulation of the parties herein, this case is hereby remanded to the Superior Court of California, County of Ventura (*Lynn Mattingly v. The Home Depot U.S.A., Inc. et al.,* Case No. 56-2012-00410544-CU-PO-VTA).

**IT IS SO ORDERED.**

Dated: August 27, 2012

_____
UNITED STATES DISTRICT JUDGE